KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mails:  kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT GATEWAY PUBLIC SCHOOLS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLI WATTS, <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY PUBLIC SCHOOLS, <br><br> Defendant. | **CASE NO. 3:24-cv-09417-LB** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** <br><br> Complaint Filed:    December 25, 2024 <br> Trial Date:    July 12, 2027 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff ASHLI WATTS ("Plaintiff") and Defendant GATEWAY PUBLIC SCHOOLS ("Defendant") (collectively "the Parties"), pursuant to Local Rule 143, that pursuant to meet and confer efforts between the parties and the Court, the Settlement Conference in the above-referenced matter be continued to April 17, 2026 at 10:00 a.m. before the Honorable Magistrate Judge Thomas S. Hixson in Courtroom E.

The Parties further stipulate and agree that the Settlement Conference be conducted remotely on the above date and time.

///

///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1

Accordingly, and based on the above, the Parties stipulate and request that the Court continue the Settlement Conference to **April 17, 2026**, to be conducted remotely.

**IT IS SO STIPULATED.**

Dated:  February 4, 2026

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

*/s/ Kellie M. Murphy*
KELLIE M. MURPHY
KRISTEN M. CAPRINO
Attorney for Defendant GATEWAY PUBLIC SCHOOLS

Dated:  February 4, 2026

SIEGEL, YEE, BRUNNER & MEHTA

*/s/ Emilyrose Johns (as authorized 2/4/26)*
EMILYROSE JOHNS, ESQ.
Attorneys for Plaintiff ASHLI WATTS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

The Settlement Conference in the above-referenced matter is continued to April 17, 2026 at 10:00 a.m. before the Honorable Magistrate Judge Thomas S. Hixson in Courtroom E, and will be conducted remotely.

**IT IS SO ORDERED.**

DATED:  February 4, 2026

_____
HONORABLE THOMAS S. HIXSON
United States District Magistrate Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE