KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mails:  kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT GATEWAY PUBLIC SCHOOLS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLI WATTS, <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY PUBLIC SCHOOLS, <br><br> Defendant. | **CASE NO. 3:24-cv-09417-LB** <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SETTLEMENT CONFERENCE** <br><br> Complaint Filed:  December 25, 2024 <br> Trial Date:  January 10, 2028 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff ASHLI WATTS ("Plaintiff") and Defendant GATEWAY PUBLIC SCHOOLS ("Defendant") (collectively "the Parties"), pursuant to Local Rules 6-2 and 7-12, that following the recent Order granting the stipulation of the parties to continue case deadlines (ECF No. 45) and meet and confer efforts between the parties and the Court, the Settlement Conference in the above-referenced matter be continued to September 14, 2026 at 10:00 a.m. before the Honorable Magistrate Judge Thomas S. Hixson in Courtroom E.

The Parties further stipulate and agree that the Settlement Conference be conducted remotely on the above date and time.

///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SETTLEMENT CONFERENCE

Accordingly, and based on the above, the Parties stipulate and request that the Court continue the Settlement Conference to **September 14, 2026**, to be conducted remotely.

**IT IS SO STIPULATED.**

Dated:  April 16, 2026                    JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation


                                          */s/ Kellie M. Murphy*
                                          KELLIE M. MURPHY
                                          KRISTEN M. CAPRINO
                                          Attorney for Defendant GATEWAY PUBLIC
                                          SCHOOLS

Dated:  April 16, 2026                    SIEGEL, YEE, BRUNNER & MEHTA


                                          */s/ Emilyrose Johns (as authorized on 4/16/26)*
                                          EMILYROSE JOHNS, ESQ.
                                          Attorneys for Plaintiff ASHLI WATTS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

# [PROPOSED] ORDER

The Court, having considered the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

The Settlement Conference in the above-referenced matter is continued to September 14, 2026 at 10:00 a.m. before the Honorable Magistrate Judge Thomas S. Hixson in Courtroom E, and will be conducted remotely.

**IT IS SO ORDERED.**

DATED: _**April 16,** 2026

_____
HONORABLE THOMAS S. HIXSON
United States District Magistrate Judge
Northern District of California

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE