KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mails: kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT GATEWAY PUBLIC SCHOOLS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLI WATTS,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY PUBLIC SCHOOLS,<br><br>Defendant. | **CASE NO. 3:24-cv-09417-TSH**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE TO FILE JOINT STATEMENT REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>Complaint Filed: December 25, 2024<br>Trial Date: None Set |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff ASHLI WATTS ("Plaintiff") and Defendant GATEWAY PUBLIC SCHOOLS ("Defendant") (collectively "the Parties"), by and through their attorneys of record, hereby **STIPULATE, AGREE, AND REQUEST** as follows:

WHEREAS, this matter was previously assigned to Magistrate Judge Laurel Beeler for all purposes;

WHEREAS, the matter was previously referred to Magistrate Judge Thomas S. Hixson for settlement, and an initial settlement conference took place on September 14, 2026, after which a telephone call was scheduled for February 5, 2027 to discuss scheduling a further settlement conference (ECF Nos. 33, 49);

///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

WHEREAS, the Court issued a minute order on November 16, 2026 reassigning the case to Magistrate Judge Thomas S. Hixson and vacating all hearing and trial dates previously scheduled (ECF No. 51);

WHEREAS, Magistrate Judge Thomas S. Hixson issued an Order Re: Reassignment in this matter on November 16, 2026, ordering that the Parties file a Joint Statement within 14 days (by November 30, 2026) indicating whether they voluntarily consent to have Magistrate Judge Thomas S. Hixson conduct all further proceedings, including trial and entry of final judgment, and also state whether they prefer that the case be referred to another magistrate judge for a settlement conference or referral to another ADR process (ECF No. 52);

WHEREAS, the Parties require additional time to file the Joint Statement due to the timing of the issuance of the Order Re: Reassignment and in particular the intervening Thanksgiving holiday, the need for counsel to consider and confer with their clients regarding consent and further settlement proceedings, and the need for the Parties to further meet and confer regarding ADR;

WHEREAS, in light of the above, the Parties believe that a two week extension of the deadline for the filing of the Joint Statement is reasonable and necessary. No prior extension of this deadline has been sought or granted.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that the deadline for the filing of the Joint Statement be extended to **December 14, 2026**.

**IT IS SO STIPULATED**

Dated: November 25, 2026

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

*/s/ Kellie M. Murphy*
KELLIE M. MURPHY
KRISTEN M. CAPRINO
Attorney for Defendant GATEWAY PUBLIC SCHOOLS

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Dated: November 25, 2026

THE LAW OFFICE OF EMILYROSE JOHNS

*/s/ EmilyRose Johns (as authorized on 11/25/26)*_
EMILYROSE JOHNS, ESQ.
Attorneys for Plaintiff ASHLI WATTS

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,** the Court Orders that the deadline for the filing of the Joint Statement of the Parties indicating whether they voluntarily consent to have Magistrate Judge Thomas S. Hixson conduct all further proceedings, including trial and entry of final judgment, and also stating whether they prefer that the case be referred to another magistrate judge for a settlement conference or referral to another ADR process, be extended to **December 14, 2026**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 25, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge
Northern District of California

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247